From: Derek Brand Derek_Brand@miept.uscourts.gov
Subject: Third Party Custodian Form
Date: Apr 12, 2021 at 2:51:57 PM
To: dawn_swanson@hotmail.com

Please sign the attached copy and provide it to Mr. Roonet at the time of Thomas' LM hookup

United States District Court
Eastern District of Michigan



United States of America,

    Plaintiff,

v.

THOMAS JEFFREY SWANSON

    Defendant.

Criminal No. 21-30164

### AGREEMENT TO ASSUME CUSTODY OF THE DEFENDANT

I agree to assume custody of the defendant and to supervise him or her in accordance with this Court's bond order.

I also agree to use every effort to assure the appearance of the defendant at all scheduled hearings in Court.

I also agree to notify the Pretrial Services Agency [Telephone Number: (313) 234-5300] immediately if the defendant violates any condition of his or her release, or if the defendant decides to flee, or if the defendant disappears.

I also agree to permit the defendant to reside in my home or at the address given to my supervising officer until the case is over or as directed by my supervising officer.

I understand I cannot be forced to assume these obligations. I have assumed these obligations voluntarily. I agree to notify the Pretrial Services Agency if at any time for any reason I am no longer able to comply with this agreement. I understand and agree that it is in the defendant's best interest to appear in Court as required and to comply with the conditions of his or her bond.

I have received a copy of this agreement, and a copy of this Court's bond order.

_Dawn Swanson_
Print Name

_Dawn Swanson_
Signature of Third-Party Custodian

Date: April 12, 2021