UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

       Plaintiff,             CASE NO: 21-CR-20322

v.                                 HON. LAURIE J. MICHELSON
                                    United States District Judge

THOMAS JEFFREY SWANSON,

       Defendant.
_____

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT
_____

    I, Thomas Jeffrey Swanson, defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the indictment in this cause prior to pleading thereto, and I have read the same and understand its contents.   I waive its being read aloud in open Court.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Counts 1 and 2: Imprisonment for a minimum of 15 years and up to 30 years, to be followed by a term of supervised release of at least 5 years and up to life, and/or a fine of not more than $250,000.**

**Count 3: Imprisonment for a minimum of 5 years and up to 20 years, to be followed by a term of supervised release of at least 5 years and up to life, and/or a fine of not more than $250,000.**

Dated: 5/27/2021

*Thomas Jeffrey Swanson*
Thomas Jeffrey Swanson
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: 5/27/2021

Rhonda Brazile
Attorney for Defendant